```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15246
    DEBRA J DAVIS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7546


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/13/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC     5000.00            .00         115.00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00             .00            .00
CITY OF CHICAGO WATER DE  SECURED           4724.04            .00            .00
COMMUNITY INVETMENT CORP  CURRENT MORTG        .00             .00            .00
COMMUNITY INVETMENT CORP  MORTGAGE ARRE        .00             .00            .00
COMMUNITY INVESTMENT COR  NOTICE ONLY     NOT FILED            .00            .00
COMMUNITY INVESTMENT COR  NOTICE ONLY     NOT FILED            .00            .00
COMMUNITY INVESTMENT COR  NOTICE ONLY     NOT FILED            .00            .00
COMMUNITY INVESTMENT COR  NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO           UNSECURED       NOT FILED            .00            .00
CHICAGO DEPT OF REVENUE   UNSECURED         2550.00            .00            .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED            .00             .00            .00
SALLIE MAE                NOTICE ONLY     NOT FILED            .00            .00
SALLIE MAE SERVICING      NOTICE ONLY     NOT FILED            .00            .00
AFRICAN BRAID             NOTICE ONLY     NOT FILED            .00            .00
DANNY BOYZ                NOTICE ONLY     NOT FILED            .00            .00
GARY GREEN                NOTICE ONLY     NOT FILED            .00            .00
JERK CHOICE               NOTICE ONLY     NOT FILED            .00            .00
JOE WEATHERALL            NOTICE ONLY     NOT FILED            .00            .00
RANCER JOHNSON            NOTICE ONLY     NOT FILED            .00            .00
WEBSTER                   NOTICE ONLY     NOT FILED            .00            .00
ISAC                      UNSECURED            .00             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        17285.71            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I     568.41             .00            .00
MELVIN J KAPLAN           DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                           10.00
DEBTOR REFUND             REFUND                                         3,175.00


        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15246 DEBRA J DAVIS
```

```
TRUSTEE                                               3,300.00

PRIORITY                                                                  .00
SECURED                                                                115.00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                    10.00
DEBTOR REFUND                                                        3,175.00
                                                 ----------------  ----------------
TOTALS                                                3,300.00        3,300.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 11/19/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE